UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 JUN -2 A 11: 16

U.S. DISTRICT COURT
BRIDGEPORT, CONN

JOHN PROVASOLI :

v : 3:01cv2434 (SRU)

TOWN OF EAST HAVEN, DENNIS
JOHNSON, JOHN DOE, ANTHONY D. :
MOSCATO

## JUDGMENT

This matter came on before the Honorable Stephen R. Underhill, United States District Judge, as a result of the defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and after oral argument held on June 1, 2004, the Motion for Summary Judgment was granted in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated a Bridgeport, Connecticut, this 2nd day of June, 2004.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

Entered on Docket 6/3/04